This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**ANDRES R. TORRES, individually and on behalf of TIMBERLAKE LAND CORPORATION,**

Plaintiff-Appellant,

v.                                    No. 32,308

**ESTATE OF AVELINO R. TORRES and BERTHA TORRES,**

Defendants-Appellees,

**APPEAL FROM THE DISTRICT COURT OF OTERO COUNTY**
**James Waylon Counts, District Judge**

Andres R. Torres
San Fernando, CA

Pro Se Appellant

Melissa J. Reeves, P.C.
Melissa J. Reeves
Las Cruces, NM

for Appellees

## MEMORANDUM OPINION

**FRY, Judge.**

Summary dismissal was proposed for the reasons stated in the calendar notice. No memorandum opposing summary dismissal has been filed, and the time for doing so has expired.  **AFFIRMED.**

**IT IS SO ORDERED.**

_____

**CYNTHIA A. FRY, Judge**

**WE CONCUR:**

_____

**RODERICK T. KENNEDY, Chief Judge**

_____

**M. MONICA ZAMORA, Judge**